UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID JEANNETTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-03219-JRS-TAB ) |
| J.C. PENNEY CORPORATION, INC., | ) ) |
| Defendant. | ) ) |

## ORDER PROCEDURALLY CLOSING CASE

In light of the Notice of Suggestion on Pendency of Bankruptcy for J.C. Penney Company, Inc, *et al.* and Automatic Stay of Proceeding [ECF No. 7], the Clerk is directed to **PROCEDURALLY CLOSE** this case. Any party may move to reopen this case as appropriate upon resolution of the bankruptcy proceedings.

SO ORDERED.

Date: 1/15/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER LLC (Indianapolis)
ad@bdlegal.com

Todd B. Logsdon
FISHER & PHILLIPS LLP
tlogsdon@fisherphillips.com

Ryan William Sullivan
BIESECKER DUTKANYCH & MACER LLC (Indianapolis)
rsullivan@bdlegal.com